■ In the Matter of NAPOLEON JOHNSON, JR., Petitioner, v. DAVID GOODMAN, as City Manager, City of Peekskill, et al., Respondents.— Proceeding dismissed on the merits and determination of respondent David Goodman, dated December 13, 1971, confirmed, without costs (*Matter of Hess* v. *Town of Vestal*, 30 A D 2d 599; *Matter of Semerad* v. *City of Schenectady*, 27 A D 2d 673, affd.

22 N Y 2d 923). Martuscello, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.